IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER EVELAND,

      Plaintiff,

  v.                                                       Civ. No. 23-720 MIS-SCY

KYLER RAY,

      Defendant.

## ORDER GRANTING MOTION TO WITHDRAW

Plaintiff's counsel David Jordan moves to withdraw from representing Plaintiff, advising that he has been suspended by the New Mexico State Bar. Doc. 31. Pursuant to Civil Local Rule 83.2(c), the Court grants the motion. Attorney David R. Jordan is terminated as counsel of record in this case.

The motion also requests "that this case be stayed for a reasonable time to permit his client to obtain alternate counsel." Doc. 31. The Court grants the request. The case is stayed through December 3, 2024. The Court will discuss whether the stay should continue at the Telephonic Status Conference previously scheduled for December 3. If Plaintiff has not found a new attorney by December 3, he must call into the status conference himself.

The Telephonic Status Conference is set for December 3, 2024 at 11:30 AM Mountain Standard time. The parties shall call the WebEx Conference line at (855) 244-8681 [Access Code 2306 150 0346] to connect to the proceedings. When prompted for an Attendee ID number, press #. There may be a short wait before you are prompted for the Attendee ID number.

The Clerk of Court is directed to send a copy of this order to the Plaintiff via email to c_eveland@hotmail.com and via USPS to:

2

Christopher Eveland
12876 Francine PL
Poway, CA 92064

SO ORDERED.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE